PAUL N. WENGER, SR. *v.* CONNECTICUT
NATIONAL BANK
(12014)

FOTI, LANDAU and HEIMAN, Js.

Argued November 4—decision released November 30, 1993

*David M. Somers,* for the appellant (plaintiff).

*Neil E. Atlas,* with whom, on the brief, was *Lynne R. Dzilenski,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.